IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL PHILLIPS LIVINGSTON,

      Appellant,

v.

     Case No.  5D23-233
     LT Case No. 18-CF-08355-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 25, 2023

3.850 Appeal from the Circuit
Court for Duval County,
R. Anthony Salem, Judge.

Michael Phillips Livingston,
Monticello, Pro se.

Ashley Moody, Attorney General,
Tallahassee, and Julian E. Markham,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, HARRIS and KILBANE, JJ., concur.